UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENNETH W. GUICE,<br><br>            Plaintiff,<br><br>    vs.<br><br>JAMES L. EMERSON, a natural person; et al.,<br><br>            Defendants. | Case No:  C 13-2250 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   Plaintiff Kenneth Guice filed the instant pro se action against JLE Investors, Inc. ("JLE"), and three individuals, claiming that he was defrauded in connection with a construction loan.  The construction loan was for the development of property in Texas, where Defendants allegedly reside.  All Defendants (except JLW, which has not yet been served) have indicated their intention to file a motion to transfer venue on the ground that the loan papers signed by Plaintiff contain a forum selection clause placing venue in Harris County, Texas.  Dkt. 24 at 3.  Defendants also intend to move for dismissal or summary judgment based on res judicata.  In view of Defendants' anticipated motions, the Court, in the interest of sound judicial administration, will continue the Case Management Conference scheduled for January 9, 2014, until a date after Defendants' forthcoming motions are adjudicated.  Accordingly,

   IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for January 9, 2014 is CONTINUED to March 27, 2014 at 2:30 p.m. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  See http://www.cand.uscourts.gov/sbaorders.  Defendants'

1  counsel shall be responsible for filing the Joint Case Management Statement and setting up
2  the conference call.  At the date and time indicated above, defense counsel shall call (510)
3  637-3559 with all parties on the line.  NO PARTY SHALL OTHERWISE CONTACT
4  CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.
5      IT IS SO ORDERED.
6  Dated: 1-9-14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge