UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KENNETH W. GUICE,<br><br>    Plaintiff,<br><br>    vs.<br><br>JAMES L. EMERSON, a natural person; et al.,<br><br>    Defendants. | Case No: C 13-2250 SBA<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendants.

IT IS SO ORDERED.

Dated: April 21, 2014

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge